UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

FILED
HARRISBURG, PA

FEB 04 2010

MARY E. D'ANDREA, CLERK
Per _____

IN RE:                               )   1:09-MC-134
                                     )
GRAND JURY INVESTIGATION )   FILED UNDER SEAL

## GRAND JURY DISCLOSURE ORDER

The Court, having considered the government's Motion for Disclosure Order, finds that:

A grand jury currently impaneled in this district is involved in an investigation into whether MoneyGram International, Inc., has violated any of the provisions of Subchapter II of Chapter 53 of Title 31 of the United States Code ("Bank Secrecy Act"). Such a violation would constitute a "banking law violation" as defined in 18 U.S.C. §§ 3322(b)(1) and (d)(1)(C).

MoneyGram is a "financial institution" and "money transmitting business" and as such is regulated, pursuant to the provisions of Subchapter II of Chapter 53 of Title 31 of the United States Code ("Bank Secrecy Act"), by the Financial Crimes Enforcement Network ("FinCEN"), a Federal financial institution regulatory agency. FinCEN has the authority, as delegated by the Secretary of the Treasury, to administer Title II of the Bank Secrecy Act. See 31 U.S.C. § 310(1).

In order for FinCEN to fully administer the Bank Secrecy Act and to take appropriate regulatory action when necessary, there exists a substantial need for FinCEN to obtain access to the same information the government has already obtained and will obtain through the grand jury process. Access to grand jury information will be limited, and at the complete discretion, control, and supervision of prosecutors, so FinCEN can fulfill its mandate to safeguard the United States financial system from the abuses of financial crime, including money laundering and other illicit activities.

IT IS THEREFORE ORDERED that pursuant to 18 U.S.C. § 3322(b), grand jury information and all matters occurring before the grand jury in connection with the grand jury investigation of MoneyGram, may be disclosed to and reviewed by the following FinCEN personnel:

BRYANT J. MORAVEK, THOMAS J. RYDER,
ELLEN JOYCE, BILL BRADLEY, and LEONARD FRADY

IT IS FURTHER ORDERED that pursuant to 18 U.S.C. § 3322 (b)(1)(A), the foregoing persons shall use such materials solely for matters within the civil jurisdiction of FinCEN, and

IT IS FURTHER ORDERED that a copy of this Order shall be distributed to the foregoing persons, and that the Motion, Affirmation and Order herein are

placed under seal pending further Order of the Court.

*signature*

CHRISTOPHER C. CONNER
UNITED STATES DISTRICT JUDGE

Date: 2/4/10

Certified from the record
Date 2/4/10
Mary E. D'Andrea, Clerk
Per *signature*
Deputy Clerk