# UNITED STATES DISTRICT COURT

# DISTRICT OF MINNESOTA

U.S. DEPARTMENT OF THE TREASURY,

Plaintiff,

v.

THOMAS E. HAIDER,

Defendant.

0:15-cv-01518-DSD-KMM

## CONSENT JUDGMENT

Upon the consent of plaintiff the U.S. Department of the Treasury ("Treasury Department") and defendant Thomas E. Haider ("Haider") it is hereby

ORDERED, ADJUDGED and DECREED: that the Treasury Department is awarded judgment in the amount of $250,000 (two hundred and fifty thousand dollars) as against Haider, as well as post-judgment interest at the rate of 12% per annum compounded daily.

Agreed to by:

**U.S. DEPARTMENT OF THE TREASURY**

Dated: New York, New York
      May 3, 2017

                                    GREGORY G. BROOKER
                                    Acting United States Attorney for the
                                    District of Minnesota

                    By:    /s/Christopher B. Harwood
                            CHRISTOPHER B. HARWOOD
                            JESSICA JEAN HU
                            CALEB HAYES-DEATS
                            ELIZABETH M. TULIS
                            Assistant United States Attorneys
                            86 Chambers Street, Third Floor
                            New York, New York 10007

                            *Attorney for the U.S. Department of the Treasury*

THOMAS E. HAIDER

Dated: May 3, 2017

By: /s/Jon M. Hopeman
JON M. HOPEMAN
Gray Plant Mooty
80 South 8th Street
500 IDS Center
Minneapolis, Minnesota 55402

Ian M. Comisky
Matthew D. Lee
Fox Rothschild LLP
2000 Market Street, 20th Floor
Philadelphia, PA 19103

*Attorneys for Thomas E. Haider*

Dated: May 3, 2017

By: /s/Thomas E. Haider
THOMAS E. HAIDER

SO ORDERED:

s/David S. Doty
DAVID S. DOTY, JUDGE
UNITED STATES DISTRICT JUDGE

Dated: May 3, 2017